# In the United States Court of Federal Claims

KaSebajale A Mayo )
11981 E Cornell Cir Aurora, CO 80014 )
            **Plaintiff(s),** )
                                        )   **Case No.** ___18-1732 C_____
                                        )
**v.**                                  )
                                        )   **Judge** _____
**THE UNITED STATES,**                  )
                                        )
            **Defendant.** )
_____ )

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

Performance Property Management LLC has not jurisdiction with the address 1788 So. Broadway Denver, CO 80210 to file wrongful evictions within the State of Colorado. This enity name was changed to Performance Property Management Inc April 26, 2004 with Colorado Secretary of the State. While acting as a legitiment enity violated my civil rights under the Fair Housing Act, The Colorado Anti Discrimination Act as well as the American with Disabilities Act. County Court Arapahoe County is allowing the pursuit of wrongful evictions to Plaintiff KaSebajale A Mayo case number 18C47875. Violations Fair Housing Act And American with Disability Act.

RECEIVED - USCFC

OCT 3 1 2018

## 2. PARTIES

Plaintiff, KaSebayale A Mayo , resides at 1350 Macon St   #104
(Street Address)

Aurora, CO  80010                                     720-301-3233
(City, State, ZIP Code)                                 (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____

_____

_____

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?   ○ Yes  ⊗ No

If yes, please list the case(s) below, including case number(s):

_____

## 3. STATEMENT OF THE CLAIM. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

The County Court Arapahoe County is allowing wrongful evictions to be filed against Plaintiff KaSebayale A Mayo disabled American after payment was offered 10/11/18 in full by therapist/case worker Katie Bananno of Mile High Behavioral Health of Colorado. Katie contacted Performance Property Management INC to pay Plaintiff rent 10/11/18 performance Property Management refused payment stating if Plaintiff "did not come up with it on own it would not be accepted." See Valenti vs Salz FH-FL 1995 WL 417547 (ND, Ill. July 13, 1995) Performace Property Management LLC has no legal jurisdiction to perform evictions with the address 1788 So Broadway Denver, CO 80210. In addtion to violations FHA 28CFR Part 36, 42 USC 12131 & 42 USC 12101. 42 USC 3617   FHA 24 CFR 100.400 (c)(2) place addtion demands after Answer w/ County Courts was filed.

**4. RELIEF.** Briefly state exactly what you want the court to do for you.

This wrongful eviction is violation of The Fair Housing Act, Colorado Anti Discrimination Act & American with Disabilities Act. Due to Defendants / landlords violations of these Acts Defendants is indebted to Plaintiff in the amount to be determined at trial.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22ND day of October , 2018 .
       (day)           (month)        (year)

_Ka Sebajate A Mayo_
Signature of Plaintiff(s)



RECEIVED

OCT 3 1 2018

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

U.S. POSTAGE PAID
AURORA, CO
OCT 23 '18
AMOUNT
$5.29
R2304411693023

CERTIFIED MAIL

7018 0680 0000 5770 8827

Clerk of Courts
US Courts of Federal Cliams
717 Madison Place NW
Washington, DC 20439

Ka
11981 E Tennessee
Aurora, CO 80014

# In the United States Court of Federal Claims

KaSebajale Mayo )
)
11981 E Cornell Cir Aurora, CO 80014 )
        **Plaintiff(s),** )
)
       Case No. _____
)
**v.** )
       Judge _____
)
**THE UNITED STATES,** )
)
        **Defendant.** )
)
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that on 10|23|2018 , 2018, a copy of United States Federal
Cliams ,
was mailed via United States Postal , to Performance Property Management INK
at 1788 So Broadway Denver, CO 80201 .

                        KaSebaja Le A Mayo
                                  (Signature of Applicant)

                        KaSebajale A. Mayo
                                  (Printed Name)

                        11981 E Cornell Cir.
                                  (Street Address)

                        Aurora, CO 80014
                                  (City, State, ZIP Code)

                        720-203-4371
                                  (Phone Number)

STATE OF COLORADO, COUNTY OF ARAPAHOE

## DEMAND FOR PAYMENT OF RENT OR POSSESSION OF PREMISES

To: **KaSebajale Mayo**
    **1350 Macon St. #104**
    **Aurora, CO. 80010**
_ (tenant (s)), and all other occupants.

*Exhibit A*

Landlord/Apartment Complex: **Performance property Management, Inc.**

You are hereby notified by the undersigned as owner or agent of the owner that the rent
of the above-described premises, which you occupy as a tenant, is past due and unpaid as
follows:

| | | |
|---|---|---|
| $ | 750.00 | Rent from **10/01/18-10/31/18** |
| $ | 111.00 | Late fees |
| $ | 25.00 | Posting Fee |
| $ | | Other Charges (Insurance, Utilities, Posting Fees, Late Fees) |
| **$** | **886.00** | **Total amount now due.** |

Demand is hereby made upon you that you pay said total within **THREE (3) DAYS** of
this Demand, or quit and deliver up to the undersigned possession of said premises, and
failing to do so, you will be guilty of an unlawful detention of said premises contrary to
Colorado State Law.  Delivery of possession of the subject property will in no manner
relieve you from your liability for payment of amounts covering the balance of the period
of your lease.  Payment must be made in certified funds.

**Dated: 11th  day of  October, 2018.**

_____
Agent for Owner

CERTIFICATE OF SERVICE

I hereby certify that I served this notice on the ___ day of October, 2018 by:

( ) Leaving a true copy hereof with_____
(X) Posting in a conspicuous place on the premises.

_____
Agent for Owner

*Placed on Door 10|18|18 after filing answer w/ Courts*

## DEMAND FOR COMPLIANCE OR POSSESSION

To: _KaSebajale Mayo_                                    42 USC 3617 3
(Tenant (s)), and all other occupants.           FHA 24 CFR 100.400 (c)(3)
Address _1350 Macon St #104                                *Exhibit*
City: _Aurora_ State: CO  Zip: _80010_ County: _Arapahoe_

✓

Landlord / Apartment Complex: **Performance Property Management**

You are hereby notified by the undersigned as owner or agent of the owner of the above-
described property that you are in default under the terms and conditions of your lease, as
follows.

   Date of Violation: **10/13/2018  Saturday 12:27 pm**
   Description of Violation: You are in violation of paragraph 23 (twenty-three) of
your lease which states; No boisterous conduct, loud music, or noise will be permitted on the
premises. We have a video with sound documenting the loudness of your music which is
disturbing the quiet enjoyment of others.

You must keep your music at an acceptable level of sound so you do not disturb the quiet
enjoyment of others. You should not be able to hear music coming from your unit outside of
your unit door when closed.

Demand is hereby made upon you that you comply with the terms and conditions of your lease
as noted above, which you have violated, or quit and deliver up to the undersigned possession of
said premises, within **THREE (3) DAYS** of the service of this Demand, and failing to do so, you
will be guilty of an unlawful detention of said premises contrary to the landlord-tenant law of
this jurisdiction, and you will be subject to legal eviction proceedings.  Delivery of possession of
the subject property will in no manner relieve you from liability for payment of amounts
covering the balance of your lease.

Dated: _10/17/2018_                          _____
                                                              Agent for Owner

## CERTIFICATE OF SERVICE

I hereby certify that I served this notice on _10 /17/2019_, by:
[  ] leaving a true copy hereof with_____.
[X] posting in a conspicuous place on the premises.  Luen PPM
                                              Agent for Owner

Exhibit C

19971018744

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

20041152740  C
$   60.00
SECRETARY OF STATE
04-26-2004   11:45:19

### CERTIFICATE OF CONVERSION

Pursuant to the provisions of the Colorado Corporations and Associations Act (the "Act"), the entity listed below, having approved and complied with the terms and conditions of the conversion in accordance with Section 7-90-201 of the Act to convert PERFORMANCE PROPERTY MANAGEMENT, L.L.C. to PERFORMANCE PROPERTY MANAGEMENT, INC., does adopt and file the Certificate of Conversion with the Secretary of State of Colorado.

The name, address, form of entity, and state of organization of the converting entity are:

Performance Property Management, L.L.C.
1788 South Broadway
Denver, Colorado  80210
A limited liability company organized and existing
under the laws of the State of Colorado

The name, address, form of entity, and state of organization of the resulting entity are:

Performance Property Management, Inc.
1788 South Broadway
Denver, Colorado  80210
A corporation organized and existing
under the laws of the State of Colorado

The number of votes cast by the owners of the converting entity for conversion was two (2) and the number of votes cast against the conversion was none (0), which was a unanimous vote of the owners of the converting entity.

The name and mailing address of the individual who causes this document to be delivered for filing, and to whom the Secretary of State may deliver notice if the filing of this document is refused, is:  Joseph A. Morris, Bond & Morris, P.C., 303 East 17th Avenue, #888, Denver, Colorado  80203.

012ABL
4/26/2004 11:45:59 AM

COMPUTER UPDATE
COMPLETE - RM


**ARTICLES OF INCORPORATION**
Form 200   *NOT VALID AFTER JUNE 30, 2004*
Read about new Forms at www.sos.state.co.us
Filing fee: **$50.00**
Deliver to: Colorado Secretary of State
Business Division,
1560 Broadway, Suite 200
Denver, CO 80202-5169
This document must be typed or machine printed
Copies of filed documents may be obtained at www.sos.state.co.us

20041152340   C
$    60.00
SECRETARY OF STATE
04-26-2004   12:38:19

ABOVE SPACE FOR OFFICE USE ONLY

Pursuant to § 7-102-102 and part 3 of article 90 of title 7, Colorado Revised Statutes (C.R.S.), these Articles of Incorporation are delivered to the Colorado Secretary of State for filing.

1. The entity name of the corporation is:  Performance Property Management, Inc.

   *The entity name of a corporation must contain the term "corporation", "incorporated", "company", or "limited", or an abbreviation of any of these terms §7-90-601(3)(a), C.R.S.*

2. The corporation is authorized to issue: (number) 10,000 ____ shares of (class) Common
   (number) _____ shares of (class) ____
   If more classes are authorized, include attachment indicating class(es) and number of shares in each class.

3. The street address of the corporation's initial registered office and the name of its initial registered agent at that office are: Street Address *(must be a street or other physical address in Colorado)*
   Bond & Morris P.C., 303 East 17th Avenue, Suite 888, Denver, Colorado 80203
   *If mail is undeliverable to this address, ALSO include a post office box address:* _____
   _____ ; Registered Agent Name: Joseph A. Morris

4. The address of the corporation's initial principal office is: _____
   1788 South Broadway, Denver, Colorado 80210

5. The name and address of the incorporator is:
   Name  Joseph A. Morris
   Address  Bond & Morris P.C., 303 East 17th Aveune, Suite 888, Denver, Colorado 80203

6. If applicable, these articles are to have a delayed effective date of _____
   *(not to exceed 90 days)*

7. The (a) name or names, and (b) mailing address or addresses, of any one or more of the individuals who cause this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused, are: _____
   Joseph A. Morris,  303 East 17th Avenue, Ste 888, Denver, Colorado   80203

**Please refer to § 7-90-301 (8), C.R.S**

Disclaimer This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

83795

| | |
|---|---|
| **COUNTY COURT, Arapahoe COUNTY, COLORADO**<br><br>Court Address<br>    1790 West Littleton Blvd.,<br>    Littleton, CO 80120 | |
| Plaintiff(s):   Performance Property Management LLC | Exhibit D |
| Defendant(s)  KaSabajale Mayo | |
| And all other occupants | **COURT USE ONLY** |
| SPRINGMAN BRADEN WILSON & PONTIUS PC<br>        - Attorney for Plaintiff -<br>Deborah L. Wilson, #27915<br>Kristi Bunge, #34182<br>Paul Farrer, #30996<br>Karen Kelly-Braem, #36282 | Case Number:<br><br>18C47875 |
| Phone: (303) 685-4633<br>4175 Harlan St., #200        Fax: (303) 685-4637<br>Wheat Ridge, CO 80033        SBWP@sbwp-law.com | Div.: A1/A2  Ctrm.: |
| **SUMMONS IN FORCIBLE ENTRY AND UNLAWFUL DETAINER** | |

To the above named Defendant(s): Take Notice that:

1.  On 10/24/2018, at 9:30 AM, in the Arapahoe County Court, Littleton, Colorado, the Court may be asked to enter judgment against you as set forth in the complaint.

2.  A copy of the complaint against you and an answer form which you must use if you file an answer are attached.

3.  If you do not agree with the complaint, then you must either:

   A.  Go to the Court, located at 1790 West Littleton Blvd., Div. A1/A2, Littleton, Colorado, at the above date and time and file the answer stating any legal reason you have why judgment should not be entered against you, or

   B.  File the answer with the Court before that date and time.

4.  When you file your answer, you must pay a filing fee to the Clerk of the Court.

5.  If you file an answer, you must give or mail a copy to the Plaintiff(s) or to the Attorney who signed the complaint.

SUMMONS PAGE 1 OF 2

KaSabajale Mayo & all other occupants

1350 Macon St Apt 104
Aurora, CO 80010-

6. If you do not file with the Court, at or before the time for appearance specified in this summons, an answer to the complaint setting forth the grounds upon which you base your claim for possession and denying or admitting all of the material allegations of the complaint, judgment by default may be taken against you for the possession of the property described in the complaint, for the rent, if any, due or to become due, for present and future damages and costs, and for any other relief to which the Plaintiff(s) are entitled.

7. If you are claiming that the landlord's failure to repair the residential premises is a defense to the landlord's allegation of nonpayment of rent, the court will require you to pay into the registry of the court, at the time of filing your answer, the rent due less any expenses you have incurred based upon the landlord's failure to repair the residential premises. In addition to filing an answer, you are required to complete an Affidavit (JDF 109) to support the amount you will need to pay into the registry of the Court.

8. If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

9. If you want to file an answer or request a jury trial and you are indigent, you must appear at the above date and time, fill out a financial affidavit, and ask the court to waive the fee.

Dated at Denver, Colorado, 10/16/2018.
Clerk of the Court

By _____
        Deputy Clerk

Address(es) of Plaintiffs

Telephone number(s) of Plaintiff(s)

SPRINGMAN, BRADEN, WILSON & PONTIUS, P.C.

Deborah L. Wilson, #27915
Kristi Bunge, #34182
Paul Farrer, #30996
Karen Kelly-Braem, #36282

Attorneys for the Plaintiff(s)

This summons is issued pursuant to Rule 303, Rules of County Court Civil Procedure, as amended, and Section 13-40-111, C.R.S. A copy of the complaint must be served with this summons. This form should be used only for actions filed under Colorado's Forcible Entry and Detainer Act.

To the Clerk: If this summons is issued by the Clerk of the Court, the signature block for the Clerk, Deputy and the Seal of the Court should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.

rent$ 886.00

10/11/2018          $

SUMMONS PAGE 2 OF 2

83795

| COUNTY COURT, Arapahoe COUNTY, COLORADO | |
|---|---|
| Court Address<br>1790 West Littleton Blvd.,<br>Littleton, CO 80120 | *Exhibit D Continued* |
| Plaintiff(s):   Performance Property Management LLC | |
| Defendant(s)  KaSabajale Mayo | |
| And all other occupants | **COURT USE ONLY** |
| SPRINGMAN BRADEN WILSON & PONTIUS PC<br>- Attorney for Plaintiff -<br>Deborah L. Wilson. #27915<br>Kristi Bunge, #34182<br>Paul Farrer, #30996<br>Karen Kelly-Braem, #36282 | Case Number: |
| Phone: (303) 685-4633<br>Fax: (303) 685-4637<br>4175 Harlan St., #200<br>Wheat Ridge, CO 80033       SBWP@sbwp-law.com | Div.: A1/A2  Ctrm.: |
| COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE (UNLAWFUL DETAINER) | |

1.  The above named Defendant(s), are resident(s) of Arapahoe County, with a post office address of 1350 Macon St Apt 104, Aurora, CO 80010-.

2.  The amount claimed herein does not exceed Fifteen Thousand Dollars ($15,000.00) or

3.  The Plaintiff prays for a possession judgment in its favor for the property described as: 1350 Macon St Apt 104, Aurora, CO 80010-.  Plaintiff makes no claim for money damages at this time, but reserves its money claims for later determination.

4.  Such claim arises from the following  event(s) or transaction(s):

A.  Plaintiff is the owner or the managing agent of the owner of the real property and improvements (hereinafter premises) known and described as 1350 Macon St Apt 104, Aurora, CO 80010-.

B.  The Defendant(s) are occupying the premises under an agreement with Plaintiff.

C.  Plaintiff served a notice on 10/11/2018 for Defendant to pay $886.00 .

D.   Said notice demanded payment of rent or possession within three days and Defendant failed to pay the amount due within three days of demand and continues to hold over in violation of C.R.S. 13-40-104(d).

COMPLAINT PAGE 1 OF 2

5. The Defendant(s) are not in the military service of the United States. In support of this statement, the Plaintiff(s) set forth the following facts: The Defendant(s) have not indicated to the Plaintiff(s) that any Defendant has military status.

6. The Plaintiff(s) do [ ] do not [X] demand trial by jury. (If demand is made, a jury fee must be paid).

WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.

Note: All Plaintiffs filing this complaint must sign unless the complaint is signed by an attorney.

_____

Signature of Plaintiff(s)

_____

Address of Plaintiff(s)

_____

Telephone Number(s) of Plaintiff(s)

Springman, Braden, Wilson & Pontius, P.C.

BY: _____

Deborah L. Wilson, #27915
Kristi Bunge, #34182
Paul Farrer, #30996
Karen Kelly-Braem, #36282

Attorneys for the Plaintiff(s)

PLEASE CONTACT YOUR MANAGER IMMEDIATELY REGARDING THIS SITUATION. IF YOU CANNOT RESOLVE THIS SITUATION WITH MANAGEMENT, YOU MAY CONTACT THE ATTORNEY BEFORE COURT AT (303)685-4633, OR YOU MAY SPEAK WITH THE ATTORNEY IN COURT.

INTERPRETATION SERVICES ARE AVAILABLE - If you require a language interpreter, you must inform the court prior to your hearing to ensure that an interpreter is present at all future Court appearances. A Court-Appointed Interpreter will be scheduled to assist you at no charge. You must inform the Clerk's Office or the Court Interpreter's Office (http://www.courts.state.co.us/userfiles/file/Interpreters/Directories/Managing%20Interpreter%20Contacts%203_13.pdf) at least a week prior to the date of your next Court appearance. Per Chief Justice Directive 06-03, interpreters must be on the roster of Colorado Judicial Department Authorized Interpreters to provide interpreter services for the Courts.

SE OFRECEN SERVCIOS DE INTERPRETACIÓN – Si necesita intérprete, debe informárselo al tribunal antes de su audiencia para asegurarse de que un intérprete esté presente en todas las comparecencias futures ante el tribunal. Se le podrá programar, sin costo alguno, a un intérprete asignado por el tribunal para que le asista. Deberá informar a la Oficina del Secretario o a la oficina de los intérpretes del tribunal (http://www.courts.state.co.us/userfiles/file/Interpreters/Directories/Managing%20Interpreter%20Contacts%203_13.pdf) por lo menos una semana antes de su comparecencia ante el tribunal. Según la directive 06-03 del presidente del tribunal, los intérpretes deben figurar en la lista de intérpretes autorizados por el Departamento Judicial de Colorado a fin de poder proveer servicios de interpretación en los tribunales.

THE COURT IS LOCATED AT Div A1/A2 1790 West Littleton Blvd.,, Littleton.

10/11/2018 $

COMPLAINT PAGE 2 OF 2



Colorado
Secretary of State
Wayne W. Williams

**For this Record...**
Get a certificate of good
standing
File a form
Subscribe to email
notification
Unsubscribe from email
notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and
Information

# History and Documents

*Exhibit E*

| Name: | PERFORMANCE PROPERTY MANAGEMENT, INC. |
| ID number: | 19971018744 |

🖨 Print-friendly version

**1** 2 3

[Next 20>]

Found 42 matching record(s).  Viewing page 1 of 3.

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|---|---|---|---|---|---|
| 1 | Articles of Incorporation | 02/07/1997 | 02/07/1997 | 02/07/1997 12:00 AM | 19971018744 | PERFORMANCE PROPERTY MANAGEMENT, L.L.C. |
| 2 | Report Printed | 01/14/1999 | 01/14/1999 | 01/14/1999 12:00 AM | | CR - 02/01/1999 - 04/30/1999 |
| 3 | Report | 02/09/1999 | 02/09/1999 | 02/09/1999 12:00 AM | 19991026023 | PERIODIC REPORT |
| 4 | Report Printed | 01/19/2001 | 01/19/2001 | 01/19/2001 12:00 AM | | PR - 02/01/2001 - 04/30/2001 |
| 5 | Report | 02/08/2001 | 02/08/2001 | 02/08/2001 12:00 AM | 20011027184 | CORP REPORT |
| 6 | Report Printed | 01/18/2002 | 01/18/2002 | 01/18/2002 12:00 AM | | PR - 02/01/2002 - 04/30/2002 |
| 7 | Report | 02/11/2002 | 02/11/2002 | 02/11/2002 12:00 AM | 20021032967 | CORP REPORT |
| 8 | Report Printed | 01/24/2003 | 01/24/2003 | 01/24/2003 12:00 AM | | PR - 02/01/2003 - 04/30/2003 |
| 9 | Report Printed | 05/22/2003 | 05/22/2003 | 05/22/2003 12:00 AM | | PR - 05/31/2003 - SA 06/30/2003 |
| 10 | Report | 08/05/2003 | 08/05/2003 | 08/05/2003 12:00 AM | 20031181921 | CORP REPORT |
| 11 | Report Printed | 01/15/2004 | 01/15/2004 | 01/15/2004 12:00 AM | | PR - 02/01/2004 - 04/30/2004 |
| 12 | Report | 03/10/2004 | 03/10/2004 | 03/10/2004 12:00 AM | 20041089553 | PERIODIC REPORT |
| 13 | Amendment | 04/26/2004 | 04/26/2004 | 04/26/2004 12:00 AM | 20041152340 | CONV FROM DLC TO DPC |
| 14 | Entity Name Change | 04/26/2004 | 04/26/2004 | 04/26/2004 12:00 AM | 20041152340 | PERFORMANCE PROPERTY MANAGEMENT, L.L.C. |
| 15 | postcard notification printed 01/20/2005 to be mailed 02/01/2005 | 01/20/2005 | 01/20/2005 | 01/20/2005 02:14 AM | | annual report due: 04/30/2005 |
| 16 | Report | 04/28/2005 | 04/28/2005 | 04/28/2005 10:15 AM | 20051172571 | |
| 17 | postcard notification printed 01/20/2006 to be mailed 02/01/2006 | 01/20/2006 | 01/20/2006 | 01/20/2006 01:01 PM | | annual report due: 04/30/2006 |
| 18 | Report | 04/26/2006 | 04/26/2006 | 04/26/2006 09:52 AM | 20061173789 | |
| 19 | postcard notification printed 01/23/2007 to be mailed 02/01/2007 | 01/23/2007 | 01/23/2007 | 01/23/2007 02:39 AM | | annual report due: 04/30/2007 |
| 20 | Report | 04/30/2007 | 04/30/2007 | 04/30/2007 09:03 AM | 20071207165 | |

*From LLC to INC*

Return to Summary

Terms & conditions | Browser compatibility



Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Colorado Secretary of State
Date and Time: 04/12/2018 03:05 PM
ID Number: 19971018744

Document number: 20181305163
Amount Paid: $10.00

*Exhibit F*

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

| | |
|---|---|
| ID number: | 19971018744 |
| Entity name: | PERFORMANCE PROPERTY MANAGEMENT, INC. |
| Jurisdiction under the law of which the entity was formed or registered: | Colorado |

1. Principal office street address:  **1788 S BROADWAY**
*(Street name and number)*

**DENVER**  **CO  80210**
*(City)*  *(State)*  *(Postal/Zip Code)*
**United States**
*(Province – if applicable)*  *(Country – if not US)*

2. Principal office mailing address:
   (if different from above)
*(Street name and number or Post Office Box Information)*

*(City)*  *(State)*  *(Postal/Zip Code)*

*(Province – if applicable)*  *(Country – if not US)*

3. Registered agent name:  (if an individual)  **MORRIS**  **JOSEPH**  **A.**
*(Last)*  *(First)*  *(Middle)*  *(Suffix)*

   or  (if a business organization)

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address:  **303 E 17TH AVE STE 888**
*(Street name and number)*

**DENVER**  **CO**  **80203**
*(City)*  *(State)*  *(Postal/Zip Code)*

6. Registered agent mailing address:
   (if different from above)
*(Street name and number or Post Office Box Information)*

*(City)*  *(State)*  *(Postal/Zip Code)*

*(Province – if applicable)*  *(Country – if not US)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good fair believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| Morris | | Joseph | | A | |
|--------|--|--------|--|---|--|
| _(Last)_ | | _(First)_ | | _(Middle)_ | _(Suffix)_ |

303 E 17th Ave, Suite 888

_(Street name and number or Post Office Box information)_

| Denver | CO | 80203 | |
|--------|----|-------|--|
| _(City)_ | _(State)_ | _(Postal/Zip Code)_ | |
| | United States | | |
| _(Province – if applicable)_ | _(Country – if not US)_ | | |

_(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)_

Disclaimer:

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

100,000

1,000,000.00

500,000



Colorado
Secretary of State
Wayne W. Williams

For this Record...
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

### Details

| | | | |
|---|---|---|---|
| Name | PERFORMANCE PROPERTY MANAGEMENT, INC. | | |
| Status | Good Standing | Formation date | 02/07/1997 |
| ID number | 19971018744 | Form | Corporation |
| Periodic report month | February | Jurisdiction | Colorado |
| Principal office street address | 1788 S BROADWAY, DENVER , CO 80210, United States | | |
| Principal office mailing address | n/a | | |

### Registered Agent

| | |
|---|---|
| Name | JOSEPH A. MORRIS |
| Street address | 303 E 17TH AVE STE 888, DENVER, CO 80203, United States |
| Mailing address | n/a |

Filing history and documents
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Back

Terms & conditions | Browser compatibility

*Exhibit H*

Fee Waived

FILED IN
ARAPAHOE COUNTY
COMBINED COURT, COLORADO

| | |
|---|---|
| County Court **Arapahoe** County, Colorado<br>Court Address: Arapahoe County Court<br>1790 West Littleton Blvd.<br>Littleton, CO 80120 | **18 OCT 17  PM 3: 59** |
| Plaintiff(s): **Performance Property Management LLC**<br><br>v.<br><br>Defendant(s): **KaSebayale A. Mayo** | ▲   COURT USE ONLY   ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>**Springman Braden Wilson & Pontius<br>Kristi Bunge<br>4175 Harlan St #200 Wheat Ridge, CO 80033**<br>Phone Number: **303-685-4633** E-mail: **SBWP@ sbwplaw.com**<br>FAX Number: **303-685-4637** Atty. Reg. #: **34183** | Case Number: **18C 47875**<br><br>Division **A1/A2** Courtroom |
| **ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE**<br>**(including counterclaim(s) and/or cross claim(s))** | |

The Defendant(s) **KaSebayale A. Mayo** _____ (name), answer(s) the complaint as follows:

1. The amount of damages claimed to be due to the Plaintiff(s) by the complaint in this action is not due and owing for the following reasons:

   _Performance Property Management LLC rejected payment in full by Case worker/Therapist Katie Bananno of Mile High Behavior Health of Colorado in full amount plus late fees on Oct 11, 2018_

   OR

   the Plaintiff(s) is/are not entitled to possession of the property and Defendant(s) is/are entitled to retain possession for the following reasons:

   _____

   _____

   _____

   OR

   the injunctive relief requested by the Plaintiff(s) should not be allowed for the following reasons:

   _____

   _____

   _____

2. ☑ (If applicable) the Defendant(s), **KaSebayale A. Mayo** _____, assert(s) the following counterclaim(s) or setoff(s) against the Plaintiff(s)

   _"This Eviction is in violation of the Fair Housing Act and The Colorado Anti Discrimination Act Due to Plaintiff/landlord's violation of these Acts, the Plaintiff is indebted to Defendant in the amount to be determined at trial."_

*Exhibit H Continued*

3. ☐(If applicable) the Defendant(s) _____, assert(s) the following cross claim(s) against _____, named Defendant(s) (you are limited to the jurisdiction of the court):

_____

_____

_____

4. If a counterclaim is asserted above, you must check one of the following statements:
☐The amount of the counterclaim **does not** exceed the jurisdiction of the court (County Court filing fee required).
☐The amount of the counterclaim **does** exceed the jurisdiction of the court, but I wish to limit my recovery to the jurisdiction of the court (County Court filing fee required).
☒The amount of the counterclaim **does** exceed the jurisdiction of the court, and I wish the case transferred to the District Court (District Court filing fee required)

5. The Defendant(s):
☐Request(s) a trial to the court.
☒Request(s) a jury trial.  By requesting a jury trial, the Defendant(s) understand(s) that a jury fee must be paid unless the fee is waived by the Court.

**WARNING:  ALL FEES ARE NON-REFUNDABLE.  IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note:  All Defendants filing this answer must sign unless the answer is signed by an attorney.

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the 19th day of October, 2018, at County Court - Arapahoe County
    (date)      (month)      (year)      (city or other location, and state OR country

KaSebaiale A. Mayo                    KaSebaJaTe A Mayo
(Printed name of Defendant(s))                    Signature of Defendant(s)

_____
Signature of Attorney for Defendant(s) (if applicable)

Address(es) of Defendant(s): 1350 Macon St # 104 Aurora, CO 80010

Phone Number(s) of Defendant(s): 720-203-4371

## CERTIFICATE OF SERVICE

I certify that on _____ (date) a true and accurate copy of this *ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE* was served on _____the other party(s) or attorney(s) by:

☐Hand Delivery ☐E-filed ☐Faxed to this number _____ or ☐by placing it in the United States mail, postage pre-paid, and addressed to the following:

Springman Braden Wilson & Pontius
475 Harlan St #200
Wheat Ridge, CO 80033

KaSebaJaTe A Mayo
Defendant(s) or Attorney for Defendant(s) Signature

CRCCP NO. 3 SC   R3/18   ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE                    Page 2 of 2

# HOUSING DISCRIMINATION INFORMATION

Departamento de Vivienda y Desarrollo Urbano   Oficina de Derecho Equitativo a la Vivienda
U.S. Department of Housing and Urban Development   Office of Fair Housing and Equal Opportunity

*Exhibit I*

**Instructions:** (Please type or print)  Read this form carefully. Try to answer all questions. If you do not know the answer or a question does not apply to you, leave the space blank. You have one year from the date of the alleged discrimination to file a complaint. Your form should be signed and dated.

KaSebayale    Mayo
Your Name

1350 Macon St   #104
Your Address

Aurora          CO          80010
City            State       Zip Code

ANY          720-301-3233
Best time to call    Your Daytime Phone No          Evening Phone No

## Who else can we call if we cannot reach you?

Gail Mayo                                    ANY
Contact's Name                               Best Time to call

720-203-4371
Daytime Phone No                             Evening Phone No

KaNesha  Mayo
Contact's Name                               Best Time to call

720-809-6998
Daytime Phone No                             Evening Phone No

## What happened to you?

How were you discriminated against?

For example: were you refused an opportunity to rent or buy housing? Denied a loan? Told that housing was not available when in fact it was? Treated differently from others seeking housing?

State briefly what happened.

On Oct 11, 2018  Katie Banonno of Mile High Behavior Health contacted Performance Property Management via Phone to pay my rent for the month of October in full with any late fees.

Performance Property Management refused the payment & stated to "her" Katie that "I would need to come up with it on my own."

Form HUD-903.1 (1/02)

OMB Approval No. 2529-0011 (exp. 1/31/2011)

# HOUSING DISCRIMINATION INFORMATION

Departamento de Vivienda y Desarrollo Urbano · Oficina de Derecho Equitativo a la Vivienda
U.S. Department of Housing and Urban Development · Office of Fair Housing and Equal Opportunity

*Exhibit I Continued*

## 2 Why do you think you are a victim of housing discrimination?

Is it because of your:

· race · color · religion · sex · national origin · familial status (families with children under 18) (disability?)

For example: were you denied housing because of your race? Were you denied a mortgage loan because of your religion? Or turned down for an apartment because you have children?

Briefly explain why you think your housing rights were denied and circle the factor(s) listed above that you believe apply. I have been getting treatment for Mental Health. Diagnosised 10/3/18 by Consulting Psychology Inc

## 3 Who do you believe discriminated against you?

For example: was it a landlord, owner, bank, real estate agent, broker, company, or organization?

Identify who you believe discriminated against you.

Performance Property Management & Owner
*Name*

1788 So. Broadway Ave
*Address*

## 4 Where did the alleged act of discrimination occur?

For example: Was it at a rental unit? Single family home? Public or Assisted Housing? A Mobile Home? Did it occur at a bank or other lending institution?

Provide the address.

1350 Macon St #104          Rental Unit
*Address*

Aurora          CO          80010
*City*          *State*          *Zip Code*

## 5 When did the last act of discrimination occur?

Enter the date          10/11/18

Is the alleged discrimination continuing or ongoing?          Yes  No ☒  ☐

*Signature* KaSebaJaLe a Mayo          *Date* 10/18/2018

Send this form to HUD or to the fair housing agency nearest you. If you are unable to complete this form, you may call that office directly. See address and telephone listings on back page.

Clear Form

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)                    18-1732 C

Names: KaSebajale A Mayo

Location of Plaintiff(s)/Petitioner(s) (city/state): Aurora, CO 80010

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): _____

        Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____

Street Address: 11981 E Cornell Cir

City-State-ZIP: Aurora, CO 80014

Telephone & Facsimile Numbers: 720-203-4371

E-mail Address: kaymayo2016@yahoo.com

Is the attorney of record admitted to the Court of Federal Claims Bar?    ◯Yes  ◯No

---

Nature of Suit Code: 516
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: _____

Number of Claims Involved: _____

Amount Claimed: $ 1,000,000.00
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____

        Is plaintiff a small business?                    ◯Yes  ⊗No

        Was this action preceded by the filing of a        ◯Yes  ⊗No
        protest before the GAO?

        If yes, was a decision on the merits rendered?     ◯Yes  ◯No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previously filed    ◯Yes  ⊗No
case(s) in the United States Court of Federal Claims? If yes, you are
required to file a separate notice of directly related case(s). See RCFC 40.2.

TRUE COPY:
ATTEST:

_Lisa L. Reyes_
Clerk, U.S. Court of Federal Claims

By: _P. Curry_
        Deputy Clerk

RECEIVED - USCFC

OCT 31 2018

A-3