IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03009-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

KASEBAJALE A. MAYO,

    Plaintiff,

v.

USA,

    Defendant.

---

## SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, KaSebajale A. Mayo, is a resident of Aurora, Colorado. On November 22, 2017, Plaintiff filed *pro se* a Complaint (ECF No. 1-1), and an Application to Proceed *In Forma Pauperis* (ECF No. 1-4), with the United States Court of Federal Claims. The United States Court of Federal Claims transferred the action to this Court on November 20, 2018. (ECF No. 1).

On November 26, 2018, the Court ordered Plaintiff to cure certain designated deficiencies. (ECF No. 5). Specifically, Plaintiff was directed to either pay the filing fee or submit a motion to proceed *in forma pauperis* on the court-approved form. Additionally, Plaintiff was ordered to file a Complaint on the court-approved form. In response, on December 6, 2018, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 7), and an Amended Complaint (ECF No. 8).

1

Although it appears Plaintiff attempted to comply with the Court's order, the Court has determined that the submitted documents are still deficient as described in this order. Plaintiff will have one additional opportunity to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other:

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) _X_ is not on proper form (must use court-approved Complaint form).
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order. It is

FURTHER ORDERED that the Clerk of Court shall send Plaintiff two copies of the court-approved Complaint form, along with the applicable instructions. Plaintiff shall

use the court-approved Complaint form to cure the deficiencies.  Additional copies of the court-approved form can be found at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this Order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 11, 2018, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge