IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03009-LTB

KASEBAJALE A. MAYO,

    Plaintiff,

v.

PERFORMANCE PROPERTY MANAGEMENT, INC.,
GREGORY S. BERAN,
OTIEBO INVESTMENTS, LTD.,
LANE ANDREW, aka Andrew Lane,

    Defendants.

---

## JUGDMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 22, 2019, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 22 day of March, 2019.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ *A. Garcia Garcia*
                            Deputy Clerk